KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CSBN 230237)
Assistant United States Attorney

    450 Golden Gate Avenue; Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    FAX: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0785 MAG |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
|     v. ) | |
| RICHARD TABOR III, ) | SAN FRANCISCO VENUE |
|     Defendant. ) | |

    On January 23, 2007, the parties in this case appeared before the Court for an Initial Appearance. At that time, the parties stipulated that the matter would be continued until January 24, 2008, and that time should be excluded from the Speedy Trial Act calculations from January 23, 2007 through January 24, 2008, for a period of pretrial diversion. See 18 U.S.C. § 3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Accordingly, the parties agree that the prosecution will be deferred for a twelve-month period of time for Mr. Tabor to demonstrate good conduct under the

//

Stipulation and [Proposed] Order
CR 06-0785 MAG

conditions of a pretrial diversion program.

**IT IS SO STIPULATED**.

                                                Respectfully submitted,

KEVIN V. RYAN
United States Attorney

DATED: 01/29/07       /s/ Derek R. Owens

DEREK R. OWENS
Special Assistant U.S. Attorney

DATED: 01/30/07       /s/ Josh Cohen

JOSH COHEN
Attorney for Defendant Tabor

As the Court found on January 23, 2007, and for the reasons stated above, the Court finds that an exclusion of time between January 23, 2007 and January 24, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from January 23, 2007 through January 24, 2008, for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

**IT IS SO ORDERED.**

DATED: February 1, 2007

*IT IS SO ORDERED*
*Judge James Larson*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Stipulation and [Proposed] Order
CR 06-0785 MAG