1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5
     450 Golden Gate Avenue, 11th Floor
6    San Francisco, California 94102
     Telephone: (415) 436-6809
7    Fax: (415) 436-7234
     Email: wendy.thomas@usdoj.gov
8

9  Attorneys for Plaintiff

CHAMBERS COPY

**FILED**

FEB 0 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-0785 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| RICHARD TABOR III, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 06-0785 MAG

1  Information with prejudice. The defendant has successfully completed his pretrial diversion
2  program.
3
4                                         Respectfully submitted,
5                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
6
7
8  DATED: __2/4/08__                      _____/s/_____
                                          WENDY THOMAS
9                                         Special Assistant United States Attorney
10
11     The Court hereby grants leave to dismiss the above Information with prejudice.
12
13
   DATED: 2.5.08
14                                         ~~JAMES LARSON~~   **Maria Elena James**
                                           United States Magistrate Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DISMISSAL OF INFORMATION
CR 06-0785 MAG